UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

**Tracy Murrill, as Personal Representative of Robert Vincent Locke, deceased**

    *Plaintiff(s) / Petitioner(s)*

v.

**NaphCare, Inc., Mobile County, Sheriff Paul Burch, Katie Erickson, John Does 1-10**

    *Defendant(s) / Respondent(s)*

Case No.: 1:26-cv-00017

## AFFIDAVIT OF SERVICE

I, Shayla Currie, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to NaphCare, Inc. in Montgomery County, AL on January 28, 2026 at 1:03 pm at 641 S Lawrence St, Montgomery, AL 36104-5809 by leaving the following documents with Stacy Ellis who as RECEPTIONIST at CSC is authorized by appointment or by law to receive service of process for NaphCare, Inc..

SUMMONS IN A CIVIL ACTION
COMPLAINT
Race: White, Sex: Female, Est. Age: 45-54, Hair: Blonde, Glasses: N, Est. Weight: Unknown, Est. Height: Unknown.
Geolocation of Serve: https://google.com/maps?q=32.3694194,-86.3057018
Photograph: See Exhibit 1

Total Cost: $99.25
I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Montgomery County__, __AL__ on __1/28/2026__.

/s/ *Shayla Currie*

Signature
Shayla Currie
+1 (334) 647-7893



Exhibit 1a)