# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# MOBILE DIVISION

| | |
|---|---|
| TRACY MURRILL, ) | |
| AS PERSONAL ) | |
| REPRESENTATIVE OF ) | |
| ROBERT VINCENT LOCKE, ) | |
| DECEASED ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO.: 1:26-cv-00017-KD-N |
| NAPHCARE, INC., MOBILE ) | |
| COUNTY, SHERIFF PAUL ) | |
| BURCH, KATIE ERICKSON ) | |
| ET AL. ) | |
| ) | |
|     Defendants. ) | |

## NAPHCARE ALABAMA LLC'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

COMES NOW Defendant NaphCare Alabama LLC f/k/a NaphCare, Inc. ("NaphCare")[1], hereby submits this Motion to Dismiss through undersigned counsel for failure to state a claim pursuant to *Federal Rule of Civil Procedure* 12(b)(6), and respectfully moves this Court to dismiss all claims asserted against it by Tracy

---

[1] NaphCare, Inc., an Alabama corporation, converted to NaphCare LLC, a Texas limited liability company, on October 17, 2025. Thereafter, NaphCare Alabama LLC was formed by the divisive merger of NaphCare LLC on January 28, 2026. In the Agreement and Plan of Merger that created NaphCare Alabama LLC, the Health Services Agreement between Mobile County, AL, the Sheriff of Mobile County, AL, and NaphCare, Inc. (the "Agreement"), along with "[a]ny and all claims or liabilities arising from [the Agreement], the services provided pursuant to [the Agreement] (including any and all active claims and lawsuits … and any other potential claims or liabilities, known or unknown, whether asserted at the time of the Merger or not, including any not specifically listed herein" was allocated to NaphCare Alabama LLC. Accordingly, NaphCare Alabama LLC is the correct defendant to this lawsuit alleging claims arising from the healthcare services provided at the Mobile County Metro Jail pursuant to the Agreement.

Murrill, as Personal Representative of Robert Vincent Locke, deceased ("Plaintiff"), with prejudice.

This case arises from the death of Plaintiff's Decedent, Robert Vincent Locke, while he was detained at the Mobile County Metro Jail ("MCMJ") in February and March 2024. Plaintiff asserts claims against NaphCare for *Monell* liability under 42 U.S.C. § 1983, 14th Amendment Deliberate Indifference against NaphCare Nurse Practitioner Katie Erickson and John Does 1-10, and Medical Negligence claims. Plaintiff's Complaint lacks sufficient factual allegations under Fed. R. Civ. P. 12(b)(6) to state the foregoing claims, which are due to be dismissed with prejudice as a matter of law.

## CONCLUSION

For the foregoing reasons in addition to those stated in NaphCare Alabama LLC's contemporaneously filed brief in support of this Motion to Dismiss, NaphCare respectfully requests the Court to dismiss with prejudice all claims asserted against it in Plaintiff's Complaint.

Respectfully submitted,

*s/ Jessica A. Hornbuckle*
Jessica A. Hornbuckle (ASB-2464-E98L)
Blackstone Trial Group
1200 Corporate Dr., Suite 425
Birmingham, Alabama 35242
Telephone: (2659) 241-4619
E-mail: jessica@blackstonetrial.com
*Counsel for Defendant, NaphCare, Inc.*

# CERTIFICATE OF SERVICE

      I hereby certify that on February 18, 2026, I electronically filed the foregoing with the CM/ECF system, which will send electronic notification of such filing to the following:

Aaron Maples
Maples, Connick & Brendel, LLC
411 St. Francis St., Ste. B
Mobile, AL 36602
Email: aaron@maplesconnick.com

Sam Harton
Romanucci and Blandin, LLC
321 N. Clark St.
Chicago, IL 60654
Email:sharton@rblaw.net

                                            *s/Jessica A. Hornbuckle*
                                            Jessica A. Hornbuckle (ASB-2464-E98L)
                                            OF COUNSEL