IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| TRACY MURRILL, <br> AS PERSONAL <br> REPRESENTATIVE OF <br> ROBERT VINCENT LOCKE, <br> DECEASED <br>     Plaintiff, <br> <br> v. <br> <br> NAPHCARE, INC., MOBILE <br> COUNTY, SHERIFF PAUL <br> BURCH, KATIE ERICKSON <br> ET AL. <br> <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO.: 1:26-cv-00017-KD-N <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NAPHCARE ALABAMA LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NaphCare Alabama LLC discloses the following:

1.     NaphCare Alabama LLC, recently formed from the divisive merger of NaphCare LLC, f/k/a NaphCare, Inc., is a wholly owned subsidiary of NaphCare Operating LLC, f/k/a NaphCare US, Inc., which is a wholly owned subsidiary of NaphCare US TX LLC, f/k/a NaphCare US DE, LLC. None of these entities, nor any entity that owns 10% or more of these entities, is publicly traded.

        Respectfully submitted,

        *s/ Jessica A. Hornbuckle*
        Jessica A. Hornbuckle (ASB-2464-E98L)
        Blackstone Trial Group
        1200 Corporate Dr., Suite 425
        Birmingham, Alabama 35242
        Telephone: (2659) 241-4619
        E-mail: jessica@blackstonetrial.com
        *Counsel for Defendant, NaphCare, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 19, 2026, I electronically filed the foregoing with the CM/ECF system, which will send electronic notification of such filing to the following:

Aaron Maples
Maples, Connick & Brendel, LLC
411 St. Francis St., Ste. B
Mobile, AL 36602
Email: aaron@maplesconnick.com

Sam Harton
Romanucci and Blandin, LLC
321 N. Clark St.
Chicago, IL 60654
Email:sharton@rblaw.net

        *s/Jessica A. Hornbuckle*
        Jessica A. Hornbuckle (ASB-2464-E98L)
        OF COUNSEL