IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| Tracy Murrill, as Personal Representative of Robert Vincent Locke, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>NaphCare, Inc., Mobile County, Sheriff Paul Burch, Katie Erickson, and John Does 1-10<br><br>Defendants. | 1:26-cv-00017-KD-N |

**JOINT MOTION TO AMEND BRIEFING SCHEDULE**

Now Come the parties, jointly and respectfully requesting an Amended Briefing Schedule Regarding Defendants' Motions to Dismiss.

On February 18, 2026, Defendant NaphCare U.S., Inc. (NaphCare) filed a Motion to Dismiss in response to Plaintiff's Complaint. ECF 8. This Court ordered Plaintiff to respond to this Motion by March 11, 2026. ECF 11. On Saturday, February 28, 2026, Plaintiff served Defendant Katie Holder (formerly Katie Erickson).

Counsel for NaphCare informed counsel for Plaintiff that they would also be representing Ms. Holder, and would need an extension to March 30, 2026, to file her responsive pleading. Counsel for NaphCare noted that the responsive pleading would be a Motion to Dismiss that was substantially similar to NaphCare's. The parties agreed that, given the overlapping issues attendant to the two Motions, it would be more efficient for Plaintiff to respond to both Defendants' Motions at the

1

same time, in one omnibus brief. Accordingly, in the interests of justice and judicial economy, the parties propose the following schedule:

1. Defendant Katie Holder (formerly Katie Erickson) shall file her responsive pleading to Plaintiff's Complaint on March 30, 2026.

2. The briefing of Defendant NaphCare's Motion to Dismiss shall be stayed pending the filing of Defendant Holder's responsive pleading.

3. Plaintiff shall file an omnibus response to Defendant NaphCare and Holder's Motions to Dismiss on April 13, 2026.

4. Defendants NaphCare and Holder shall file a reply to Plaintiff's omnibus response on April 20, 2026.

5. The parties shall participate in a Rule 26(f) conference and file a Rule 26(f) report by May 5, 2026.

/s/ Sam Harton

Romanucci and Blandin, LLC
Sam Harton (*pro hac vice*)
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: sharton@rblaw.net

Aaron Maples
Brendan Connick
Maples & Connick
733 Dante Street, Suite H
New Orleans, LA 70118
Tel: 504-269-3870
aaron@maplesconnick.com
brendan@maplesconnick.com

/s/ Jessica A. Hornbuckle
Jessica A. Hornbuckle (ASB-2464-E98L)
Blackstone Trial Group
1200 Corporate Dr., Suite 425
Birmingham, Alabama 35242
Telephone: (2659) 241-4619
E-mail: jessica@blackstonetrial.com
Counsel for Defendant, NaphCare, Inc.