# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | | |
|---|---|---|
| **Tracy Murrill, as Personal Representative of Robert Vincent Locke, deceased** | ) ) ) | |
| *Plaintiff* | ) ) | |
| v. | ) ) | Civil Action No. 1:26-cv-0017-KD-N |
| **NaphCare, Inc.; Mobile County; Sheriff Paul Burch; Katie Erickson; John Does 1-10** | ) ) ) ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, Carol Lambeth, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Katie Erickson in Baldwin County, AL on February 14, 2026 at 10:16 am at 517 S McKenzie St, Foley, AL 36535 by personal service by handing the following documents to an individual identified as Katie Erickson.

SUMMONS IN A CIVIL ACTION
COMPLAINT
Race: White, Sex: Female, Est. Age: 45-54, Hair: Blonde, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=30.399549,-87.6746886
Photograph: See Exhibit 1

Total Cost: $188.50

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| Executed in | /s/ *Carol Lambeth* |
|---|---|
| Escambia County, | Signature |
| FL on 2/16/2026. | Carol Lambeth |
| | +1 (251) 222-0699 |

Below are my previous attempts at serving Katie Erickson:

Date / Time: February 13, 2026 2:36 pm

Address: 517 S McKenzie St, Foley, AL 36535

Geolocation: https://google.com/maps?q=30.4009545,-87.6834264

Description: I spoke with a co-worker of the subject. They confirmed that the subject works at this location but was unavailable. Observed no relevant details during this attempt. Another employee confirmed that the subject works at this location.



