AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-0017-KD-N

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __NaphCare, Inc__
was received by me on *(date)* __1-27-2026__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Stacy Ellis, receiptionist__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __CSC , Registered Agent__
__for NaphCare, Inc__ on *(date)* __1-28-2026__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __1/28/2026__

*/s/ Shayla Currie*
Server's signature

__Shayla Currie  SPS    (334) 647-7893__
Printed name and title

2111 Woodward Ave
Suite 300
Detroit, MI. 48201
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

| | | |
|---|---|---|
| Tracy Murrill, as Personal Representative of Robert Vincent Locke, deceased<br><br>*Plaintiff(s)*<br>v.<br>NaphCare, Inc., Mobile County, Sheriff Paul Burch, Katie Erickson, and John Does 1-10<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:26-cv-0017-KD-N |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NaphCare, Inc.

C/O CORPORATON SERVICE COMPANY INC
641 SOUTH LAWREENCE STREET
MONTGOMERY, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Romanucci & Blandin, LLC
321 N Clark Street, STE 900, Chicago IL, 60654

&
Maples Connick & Brendel
411 St. Francis St, STE B, Mobile, Alabama 36602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Christopher Ekman
*CLERK OF COURT*

Date: 1/27/2026    *Julie Robinson*
*Signature of Clerk or Deputy Clerk*

Exhibit 1a)

