## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **TRACY MURRILL, as Personal Representative of ROBERT VINCENT LOCKE, Deceased,** | )<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | )   CASE NO.: 1:26-cv-00017-KD-N<br>) |
| **NAPHCARE, INC.; SHERIFF PAUL BURCH; KATIE ERICKSON, et al.,** | )<br>)<br>) |
| **Defendants.** | ) |

### NOTICE OF APPEARANCE

COMES NOW, the undersigned counsel, W. Kirkland Mattei, of the law firm Helmsing, Leach, Herlong, Newman & Rouse, P.C., and hereby gives notice of his appearance as additional counsel of record for Defendant Paul Burch, and requests that he be served with all process, pleadings, and orders in this case.

Done this 6th day of March, 2026.

/s/ W. Kirkland Mattei
W. KIRKLAND ("Kirk") MATTEI
THOMAS O. GAILLARD, III
*Attorneys for Defendant Paul Burch*

**OF COUNSEL:**
HELMSING, LEACH, HERLONG,
 NEWMAN & ROUSE, P.C.
Post Office Box 2767
Mobile, AL 36652
(251) 432-5521
E-Mail: tog@helmsinglaw.com
         wkm@helmsinglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certiy that I have on this the 6th day of March, 2026, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following undersigned counsel of record:

Aaron Maples, Esquire (*aaron@maplesconnick.com*)
MAPLES, CONNICK & BRENDEL, LLC
411 St. Francis Street, Suite B
Mobile, AL 36602
*Attorney for Plaintiff*

Sam Harton, Esquire (*sharton@rblaw.net*)
ROMANUCCI AND BLANDIN, LLC
321 N. Clark Street
Chicago, IL 60654
*Attorney for Plaintiff*

                                              */s/ W. Kirkland Mattei*
                                              OF COUNSEL

4930-4722-7795, v. 1