**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **TRACY MURRILL as Personal** | * | |
| **Representative of Robert Vincent** | * | |
| **Locke, Deceased,** | * | **CIVIL ACTION NO.** |
| | * | **1:26-cv-00017-KD-N** |
| **Plaintiffs** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **NAPHCARE, INC; MOBILE COUNTY;** | * | |
| **SHERIFF PAUL BURCH; and KATIE** | * | |
| **ERICKSON,** | * | |
| | * | |
| **Defendants** | * | |

**<u>NOTICE OF APPEARANCE</u>**

COMES NOW Ross Dockins with the law firm Phelps Dunbar, LLP and file this notice of

appearance as counsel for Defendant Katie Erikson[1] and requests service copies of all pleadings,

notices, papers and other matters in this action.

Respectfully submitted,

*/s/Ross Dockins*
J. BREANNE S. ZARZOUR
ROSS DOCKINS
*Attorneys for Defendant Katie Erikson*

OF COUNSEL:
**PHELPS DUNBAR LLP**
Post Office Box 2727
Mobile, Alabama 36652-2727
251-432-4481
Brie.Zarzour@phelps.com
Ross.Dockins@phelps.com

---

[1] Defendant Katie Erikson's name is incorrectly listed in the caption of this case as "Katie Erickson."

1

PD.61068793.1
PD.61079830.1

## CERTIFICATE OF SERVICE

I do hereby certify that I have on March 13, 2026, electronically filed the foregoing with the Clerk of Court using the CMECF filing system, which will serve electronic notifications of such filing to the following:

| | |
|---|---|
| Aaron Maples<br>Maples, Connick & Brendel, LLC<br>411 St. Francis Street, Suite B<br>Mobile, Alabama 36602<br>aaron@maplesconnick.com<br>***Attorney for Plaintiffs*** | Sam Harton<br>Romanucci and Blandin, LLC<br>321 N. Clark Street<br>Chicago, Illinois 60654<br>sharton@rblaw.net<br>***Attorney for Plaintiffs*** |
| Thomas O. Gaillard, III<br>William Kirkland Mattei<br>Helmsing, Leach, Herlong, Newman &<br>Rouse, PC<br>Post Office Box 2767<br>Mobile, Alabama 36652<br>tog@helmsinglaw.com<br>wkm@helmsinglaw.com<br>***Attorneys for Defendant Sheriff Paul Burch*** | Alexander Garrett Zoghby<br>Ava Ringhoffer<br>Jay M. Ross<br>Adams Reese, LLP<br>11 N. Water Street, Suite 23200<br>Mobile, Alabama 36602<br>garett.zoghby@arlaw.com<br>ava.ringhoffer@arlaw.com<br>jay.ross@arlaw.com<br>***Attorneys for Defendant Mobile County*** |
| Jessica Hornbuckle<br>Blackstone Trial Group, PLLC<br>1200 Corporate Drive, Suite 425<br>Birmingham, Alabama 35242<br>jessica@blackstonetrial.com<br>***Attorney for Defendant NaphCare U.S., Inc.*** | |

*/s/Ross Dockins*
ROSS DOCKINS

2

PD.61068793.1
PD.61079830.1