# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

| | |
|---|---|
| TRACY MURRILL, AS PERSONAL REPRESENTATIVE OF ROBERT VINCENT LOCKE, DECEASED<br>    Plaintiff,<br><br>v.<br><br>NAPHCARE, INC., MOBILE COUNTY, SHERIFF PAUL BURCH, KATIE ERICKSON ET AL.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.: 1:26-cv-00017-KD-N<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO WITHDRAW

COMES NOW Jessica A. Hornbuckle with Blackstone Trial Group PLLC and respectfully requests leave of the Court to withdraw from representation of Katie Erikson[1]. Although Ms. Erikson's responsive pleading has not been filed, the undersigned joined in a motion to extend the prior Scheduling Order, effectively appearing otherwise on her behalf. In an abundance of caution and to ensure there is no confusion with regard to representation, the undersigned formally moves to withdraw from representation of Ms. Erikson who is represented in this action by Breanne Zarzour and Ross Dockins of Phelps Dunbar LLP. The undersigned will

---

[1] Defendant Katie Erikson's name is incorrectly listed in the caption of this case as "Katie Erickson".

1

continue to separately represent Defendant NaphCare Alabama LLC f/k/a NaphCare, Inc. This case is in its infancy, and withdrawal will not delay this proceeding or prejudice any parties.

Respectfully submitted,

*s/ Jessica A. Hornbuckle*
Jessica A. Hornbuckle (ASB-2464-E98L)
Blackstone Trial Group
1200 Corporate Dr., Suite 425
Birmingham, Alabama 35242
Telephone: (2659) 241-4619
E-mail:  jessica@blackstonetrial.com
*Counsel for Defendant, NaphCare Alabama LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, I electronically filed the foregoing with the CM/ECF system, which will send electronic notification of such filing to the following:

Sam Harton
Romanucci and Blandin, LLC
321 N. Clark St.
Chicago, IL 60654
Email:sharton@rblaw.net

Aaron Maples
Maples, Connick & Brendel, LLC
411 St. Francis St., Ste. B
Mobile, AL 36602
Email: aaron@maplesconnick.com
*Attorneys for Plaintiff*

Breanne Zarzour
Ross Dockins
PHELPS DUNBAR LLP
P.O. Box 2727
Mobile, AL 36652
Email: Brie.Zarzour@phelps.com
Email: Ross.Dockins@phelps.com
*Attorneys for Katie Erikson*

*s/Jessica A. Hornbuckle*
Jessica A. Hornbuckle (ASB-2464-E98L)
OF COUNSEL