**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TRACY MURRILL, As Personal Representative of Robert Vincent Locke, deceased** | ) ) ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION NO.:** **1:26-CV-00017-KD-N** |
| **v.** | ) ) | |
| **SHERIFF PAUL BURCH, et al.,** | ) ) | |
| **Defendants.** | ) | |

**DEFENDANT KATIE ERICKSON'S MOTION TO**
**DISMISS PLAINTIFF'S COMPLAINT**

COMES NOW, Defendant Katie Erickson[1] (hereinafter "Defendant Erickson"), by and through counsel of record, and pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure*, respectfully moves this Court to dismiss all claims asserted against this Defendant in the Complaint (Doc. 1, PageID.1-47) filed on January 26, 2026.

Defendant Erickson hereby adopts and incorporates by reference all grounds set forth in NaphCare, Inc.'s Motion to Dismiss and Brief in Support of its Motion to Dismiss (Doc. 7, PageID.59-61; Doc. 8, PageID. 62-83) as if they were set out fully herein. For the reasons set forth more fully in Defendant Erickson's Memorandum in Support, the granting of this Motion to Dismiss is warranted because Plaintiff's claims fail to adequately state a claim for Deliberate Indifference to a Serious Medical Need under 42 U.S.C. § 1983 and Negligence under the Alabama Medical Liability Act, Ala. Code §§ 6-5-540 – 6-5-552.

---

[1] In their initial notice of appearances, counsel represented that "Erickson" was the incorrect last name. Upon further investigation, counsel has determined that "Erickson" is indeed the correct last name and the case caption properly identifies the Defendant.

PD.61270636.1

- 2 -

WHEREFORE, Defendant Katie Erickson requests that this Motion be granted and the

Court dismiss with prejudice all claims asserted against Defendant Erickson in Plaintiff's

Complaint.

Respectfully submitted,

*/s/ J. Breanne S. Zarzour*
J. BREANNE S. ZARZOUR
ROSS A. DOCKINS
Attorneys for Defendant Katie Erickson

OF COUNSEL:
**PHELPS DUNBAR LLP**
101 Dauphin Street, Suite 1000
Mobile, Alabama 36602
Post Office Box 2727
Mobile, Alabama 36652
251 432 4481
brie.zarzour@phelps.com
ross.dockins@phelps.com

- 2 -

PD.61270636.1

- 3 -

## CERTIFICATE OF SERVICE

I do hereby certify that I have on March 30, 2026, electronically filed the foregoing with the Clerk of Court using the CMECF filing system, which will serve electronic notifications of such filing to the following:

| | |
|---|---|
| Aaron Maples<br>Maples, Connick & Brendel, LLC<br>411 St. Francis Street, Suite B<br>Mobile, Alabama 36602<br>aaron@maplesconnick.com<br>***Attorney for Plaintiffs*** | Sam Harton<br>Romanucci and Blandin, LLC<br>321 N. Clark Street<br>Chicago, Illinois 60654<br>sharton@rblaw.net<br>***Attorney for Plaintiffs*** |
| Thomas O. Gaillard, III<br>William Kirkland Mattei<br>Helmsing, Leach, Herlong, Newman &<br>Rouse, PC<br>Post Office Box 2767<br>Mobile, Alabama 36652<br>tog@helmsinglaw.com<br>wkm@helmsinglaw.com<br>***Attorneys for Defendant Sheriff Paul Burch*** | Alexander Garrett Zoghby<br>Ava Ringhoffer<br>Jay M. Ross<br>Adams Reese, LLP<br>11 N. Water Street, Suite 23200<br>Mobile, Alabama 36602<br>garett.zoghby@arlaw.com<br>ava.ringhoffer@arlaw.com<br>jay.ross@arlaw.com<br>***Attorneys for Defendant Mobile County*** |
| Jessica Hornbuckle<br>Blackstone Trial Group, PLLC<br>1200 Corporate Drive, Suite 425<br>Birmingham, Alabama 35242<br>jessica@blackstonetrial.com<br>***Attorney for Defendant NaphCare U.S., Inc.*** | |

/s/ J. Breanne S. Zarzour
J. BREANNE S. ZARZOUR

- 3 -