**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION**

| | |
|---|---|
| Tracy Murrill, as Personal Representative of Robert Vincent Locke, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>NaphCare, Inc., Mobile County, Sheriff Paul Burch, Katie Erickson, and John Does 1-10<br><br>Defendants. | 1:26-cv-00017-KD-N |

**MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS'
MOTIONS TO DISMISS**

Now comes the Plaintiff requesting an extension to file an omnibus response to Defendants' Motions to Dismiss.

Defendants NaphCare and Katie Erickson filed separate motions to dismiss, to which Plaintiff is required to file an omnibus response by April 13, 2026. Plaintiff respectfully moves this Court for a 21-day extension of the April 13, 2026, deadline to file her omnibus response to Defendants' motions to dismiss, to and including May 4, 2026. Good cause supports this request.

Counsel has been ill on two separate occasions over the past six weeks, resulting in approximately three weeks of disruption to counsel's schedule during that period. Additionally, counsel is scheduled for a three or four-week trial beginning April 20, 2026, in *Comer v. City of Chicago,* currently pending in the Circuit Court of Cook County. The preparation demands of that trial, combined

1

with time lost to significant illness, have affected counsel's ability to brief this matter on the current schedule. To avoid further delay, counsel has engaged a colleague to assist with drafting the response; the requested extension will allow that attorney to become familiar with the case.

NaphCare and Ms. Erikson oppose the requested relief.

/s/ Sam Harton

Romanucci and Blandin, LLC
Sam Harton (*pro hac vice*)
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: sharton@rblaw.net

Aaron Maples
Maples & Connick
733 Dante Street, Suite H
New Orleans, LA 70118
Tel: 504-269-3870
aaron@maplesconnick.com