## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **TRACY MURRILL,** | ) |
| **As Personal Representative of** | ) |
| **Robert Vincent Locke, deceased** | ) |
| **v.** | ) **Civ. Action No. 1:26-00017-KD-N** |
| | ) |
| **SHERIFF PAUL BURCH,** | ) |
| **et al.** | ) |

## ORDER

This action is before the Court on Plaintiff's "Corrected Motion for Extension of Time" filed on April 4, 2026 (Doc. 32).[1]

Plaintiff seeks a 21-day extension to file an omnibus response to the motions to dismiss filed by Defendants NaphCare, Inc., (Doc. 7), and Katie Erickson (Doc. 29) ("Defendants"). The motion indicates that Defendants oppose this motion.

Any opposition by defense counsel should be filed on or before April 8, 2026, at 5:00 p.m. (Central Time). Absent such filing, Plaintiff's request for an extension will be granted without further order of the Court.

**DONE** and **ORDERED** this the 7th Day of April 2026.

> */s/ Katherine P. Nelson*
> **KATHERINE P. NELSON**
> **UNITED STATES MAGISTRATE JUDGE**

---

[1] The District Judge assigned to this case has referred this action to the undersigned Magistrate Judge for appropriate action pursuant to 28 U.S.C. § 636(b)(1). See S.D. Ala. GenLR 72. (4/06/2026 elec. ref.).