**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TRACY MURRILL, As Personal Representative of Robert Vincent Locke, deceased** | ) ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION NO.:** **1:26-CV-00017-KD-N** |
| **v.** | ) ) | |
| **SHERIFF PAUL BURCH, et al.,** | ) ) | |
| **Defendants.** | ) ) | |

**DEFENDANT KATIE ERICKSON'S JOINDER IN DEFENDANT NAPHCARE, INC.'S**
**OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME OR, IN THE**
**ALTERNATIVE, STAY ON DISCOVERY AND EXTENSION OF DEADLINES**

COMES NOW, Defendant Katie Erickson (hereinafter "Defendant Erickson"), and hereby joins in Co-Defendant NaphCare, Inc.'s Opposition to Plaintiff's Motion for Extension of Time or, in the Alternative, Stay on Discovery and Extension of Deadlines (Doc. 35; PageID. 255-261), and adopts and incorporates all arguments, case law, and factual allegations as if fully stated herein.

WHEREFORE, Defendant Katie Erickson requests Plaintiff's Motion for Extension of Time be denied, or in the alternative, that discovery be stayed until resolution of the pending motions to dismiss currently before the Court, and further requests that the Rule 26(f) conference deadline be extended with the initial disclosures likewise deferred.

Respectfully submitted,

*/s/ J. Breanne S. Zarzour*
J. BREANNE S. ZARZOUR
ROSS A. DOCKINS
Attorneys for Defendant Katie Erickson

OF COUNSEL:

**PHELPS DUNBAR LLP**
101 Dauphin Street, Suite 1000
Mobile, Alabama 36602
Post Office Box 2727
Mobile, Alabama 36652
251 432 4481
brie.zarzour@phelps.com
ross.dockins@phelps.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on April 8, 2026, electronically filed the foregoing with the Clerk of Court using the CMECF filing system, which will serve electronic notifications of such filing to the following:

| | |
|---|---|
| Aaron Maples<br>Maples, Connick & Brendel, LLC<br>411 St. Francis Street, Suite B<br>Mobile, Alabama 36602<br>aaron@maplesconnick.com<br>***Attorney for Plaintiffs*** | Sam Harton<br>Romanucci and Blandin, LLC<br>321 N. Clark Street<br>Chicago, Illinois 60654<br>sharton@rblaw.net<br>***Attorney for Plaintiffs*** |
| Thomas O. Gaillard, III<br>William Kirkland Mattei<br>Helmsing, Leach, Herlong, Newman &<br>Rouse, PC<br>Post Office Box 2767<br>Mobile, Alabama 36652<br>tog@helmsinglaw.com<br>wkm@helmsinglaw.com<br>***Attorneys for Defendant Sheriff Paul Burch*** | Alexander Garrett Zoghby<br>Ava Ringhoffer<br>Jay M. Ross<br>Adams Reese, LLP<br>11 N. Water Street, Suite 23200<br>Mobile, Alabama 36602<br>garett.zoghby@arlaw.com<br>ava.ringhoffer@arlaw.com<br>jay.ross@arlaw.com<br>***Attorneys for Defendant Mobile County*** |
| Jessica Hornbuckle<br>Blackstone Trial Group, PLLC<br>1200 Corporate Drive, Suite 425<br>Birmingham, Alabama 35242<br>jessica@blackstonetrial.com<br>***Attorney for Defendant NaphCare U.S., Inc.*** | |

*/s/ J. Breanne S. Zarzour*
J. BREANNE S. ZARZOUR

PD.61444307.1