# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

| | |
|---|---|
| TRACY MURRILL, AS PERSONAL REPRESENTATIVE OF ROBERT VINCENT LOCKE, DECEASED<br>    Plaintiff,<br><br>v.<br><br>NAPHCARE, INC., MOBILE COUNTY, SHERIFF PAUL BURCH, KATIE ERICKSON ET AL.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.: 1:26-cv-00017-KD-N<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUPPLEMENT TO DEFENDANT NAPHCARE, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME OR, IN THE ALTERNATIVE, STAY ON DISCOVERY AND EXTENSION OF DEADLINES

COMES NOW NaphCare, Inc. ("NaphCare") and supplements its motion to include Exhibits A-C, which consist of email communications memorializing the background cited in the Opposition. (Doc. 35).

Respectfully submitted,

*s/ Jessica A. Hornbuckle*
Jessica A. Hornbuckle (ASB-2464-E98L)
Blackstone Trial Group
1200 Corporate Dr., Suite 425
Birmingham, Alabama 35242
Telephone: (2659) 241-4619

1

E-mail: jessica@blackstonetrial.com
*Counsel for Defendant, NaphCare Alabama LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I electronically filed the foregoing with the CM/ECF system, which will send electronic notification of such filing to the following:

Sam Harton
Romanucci and Blandin, LLC
321 N. Clark St.
Chicago, IL 60654
Email:sharton@rblaw.net

Aaron Maples
Maples, Connick & Brendel, LLC
411 St. Francis St., Ste. B
Mobile, AL 36602
Email: aaron@maplesconnick.com
*Attorneys for Plaintiff*

Breanne Zarzour
Ross Dockins
PHELPS DUNBAR LLP
P.O. Box 2727
Mobile, AL 36652
Email: Brie.Zarzour@phelps.com
Email: Ross.Dockins@phelps.com
*Attorneys for Katie Erikson*

*s/Jessica A. Hornbuckle*

2

Jessica A. Hornbuckle (ASB-2464-E98L)
OF COUNSEL