Exhibit B

 Outlook

## RE: Murrill v. Burch - Re: Nurse Practitioner Katie's Responsive Pleading

**From** Sam Harton <sharton@rblaw.net>

**Date** Tue 3/3/2026 4:15 PM

**To** Jessica Hornbuckle <jessica.Hornbuckle@blackstonetrial.com>

**Cc** Stephen Weil <SWeil@rblaw.net>; Aaron Maples <aaron@maplesconnick.com>; Katie Moore <katie.moore@blackstonetrial.com>

Glad we were able to figure it out. Just filed.

**Sam A. Harton**
Senior Attorney



**www.rblaw.net**

**e:** sharton@rblaw.net
**m:** (706) 728-5150
**p:** (312) 253-8590
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste
900, Chicago, IL 60622

   

**Please note that I am sending this email during my work hours, which may not be the same as yours. Please understand that the timestamp of this email does not reflect its urgency.**

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

**From:** Jessica <jessica@blackstonetrial.com>
**Sent:** Tuesday, March 3, 2026 4:00 PM
**To:** Sam Harton <sharton@rblaw.net>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Aaron Maples <aaron@maplesconnick.com>; Katie <Katie@blackstonetrial.com>
**Subject:** RE: Murrill v. Burch - Re: Nurse Practitioner Katie's Responsive Pleading

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Thanks Sam,

I appreciate your collaboration on this. I have no additions to the draft and you may sign for me for filing.

Best,



**Jessica Hornbuckle | Trial Attorney**
Correctional Healthcare Litigation
Phone: (659) 241-4619
Cell:     (334) 328-5652
Email:   jessica@blackstonetrial.com
Web:     https://blackstonetrial.com

1200 Corporate Dr., Suite 425,
Birmingham, AL 35242

**From:** Sam Harton <sharton@rblaw.net>
**Sent:** Tuesday, March 3, 2026 3:56 PM
**To:** Jessica <jessica@blackstonetrial.com>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Aaron Maples <aaron@maplesconnick.com>; Katie <Katie@blackstonetrial.com>
**Subject:** RE: Murrill v. Burch - Re: Nurse Practitioner Katie's Responsive Pleading

I can live with that. See the addition attached and let me know if we can file with your signature. If you think it needs tweaking still, feel free to send me redlines. Thanks!

**Sam A. Harton**
Senior Attorney



**e:** sharton@rblaw.net
**m:** (706) 728-5150
**p:** (312) 253-8590
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60622

www.rblaw.net



Please note that I am sending this email during my work hours, which may not be the same as yours. Please understand that the timestamp of this email does not reflect its urgency.

Go Green - Please don't print this e-mail unnecessarily.

Confidentiality Statement.  The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above.  This message may be an attorney-client communication, and as such is privileged and confidential.  If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

**From:** Jessica <jessica@blackstonetrial.com>
**Sent:** Tuesday, March 3, 2026 1:26 PM

**To:** Sam Harton <sharton@rblaw.net>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Aaron Maples <aaron@maplesconnick.com>; Katie <Katie@blackstonetrial.com>
**Subject:** Re: Murrill v. Burch - Re: Nurse Practitioner Katie's Responsive Pleading

---

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

---

Understood Sam, I don't necessarily want to stay discovery in its entirety. It made sense to push the parties' planning meeting and initial disclosures given the pending briefing, especially since the Court set the joint report deadline after the initial MTD would be taken under submission. It can be a little difficult to discern a discovery plan with certain claims and parties subject to dismissal, but I am willing to work with you.

Please let me know if you're open to requesting the Court to push the joint report deadline at least past the new submission date for briefing both motions.

Thanks,



**Jessica Hornbuckle | Trial Attorney**
Correctional Healthcare Litigation
Phone: (659) 241-4619
Cell:    (334) 328-5652
Email:    jessica@blackstonetrial.com
Web:    https://blackstonetrial.com

1200 Corporate Dr., Suite 425, Birmingham, AL 35242

---

**From:** Sam Harton <sharton@rblaw.net>
**Sent:** Tuesday, March 3, 2026 1:11 PM
**To:** Jessica <jessica@blackstonetrial.com>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Aaron Maples <aaron@maplesconnick.com>; Katie <Katie@blackstonetrial.com>
**Subject:** RE: Murrill v. Burch - Re: Nurse Practitioner Katie's Responsive Pleading

Hey Jessica,

I don't think we should presume that the Court wants us to pause or limit discovery while the MTD is pending, especially since the Court issued the

order requiring us to confer on the 26f report after you had already filed your motion.

If you would like to file a motion to stay discovery to any extent pending an MTD ruling, we would happily take a look at it and let you know our position. But I don't think we can agree to language that would effectively stay discovery in this motion.

Give me a call if you'd like to discuss!

**Sam A. Harton**
Senior Attorney



**www.rblaw.net**

**e:** sharton@rblaw.net
**m:** (706) 728-5150
**p:** (312) 253-8590
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60622

  

**Please note that I am sending this email during my work hours, which may not be the same as yours. Please understand that the timestamp of this email does not reflect its urgency.**

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

**From:** Jessica <jessica@blackstonetrial.com>
**Sent:** Tuesday, March 3, 2026 9:08 AM
**To:** Sam Harton <sharton@rblaw.net>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Aaron Maples <aaron@maplesconnick.com>; Katie <Katie@blackstonetrial.com>
**Subject:** RE: Murrill v. Burch - Re: Nurse Practitioner Katie's Responsive Pleading

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Good morning,

Typically I would tie an extension to a ruling on the motions to dismiss since the resolution of those can impact the scope of discovery. I would say we move the extension three weeks post-ruling but am open to suggestions. I will be in the office most of today if you want to talk.

Thanks,



**Jessica Hornbuckle | Trial Attorney**
Correctional Healthcare Litigation
Phone: (659) 241-4619
Cell:     (334) 328-5652
Email:   jessica@blackstonetrial.com
Web:     https://blackstonetrial.com

1200 Corporate Dr., Suite 425, Birmingham, AL 35242

**From:** Sam Harton <sharton@rblaw.net>
**Sent:** Monday, March 2, 2026 5:01 PM
**To:** Jessica <jessica@blackstonetrial.com>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Aaron Maples <aaron@maplesconnick.com>; Katie <Katie@blackstonetrial.com>
**Subject:** RE: Murrill v. Burch - Re: Nurse Practitioner Katie's Responsive Pleading

I have no issue in meeting with to discuss a Rule 26f report by April 13. I was planning on circulating a draft soon. What kind of extension were you thinking? Also feel free to give me a call on my cell if it's easier to iron all of this out over the phone.

**Sam A. Harton**
Senior Attorney



**e:** sharton@rblaw.net
**m:** (706) 728-5150
**p:** (312) 253-8590
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60622

**www.rblaw.net**

  

**Please note that I am sending this email during my work hours, which may not be the same as yours. Please understand that the timestamp of this email does not reflect its urgency.**

*Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

**From:** Jessica <jessica@blackstonetrial.com>
**Sent:** Monday, March 2, 2026 4:54 PM
**To:** Sam Harton <sharton@rblaw.net>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Aaron Maples <aaron@maplesconnick.com>; Katie <Katie@blackstonetrial.com>
**Subject:** RE: Murrill v. Burch - Re: Nurse Practitioner Katie's Responsive Pleading

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hey Sam,

Thanks for drafting. Do we need to drop a paragraph to address the Court's recent Order concerning the deadline for the Report of Parties Planning Meeting since that is due on April 13th?



**Jessica Hornbuckle | Trial Attorney**
Correctional Healthcare Litigation
Phone: (659) 241-4619
Cell:     (334) 328-5652
Email:   jessica@blackstonetrial.com
Web:     https://blackstonetrial.com

1200 Corporate Dr., Suite 425,
Birmingham, AL 35242

**From:** Sam Harton <sharton@rblaw.net>
**Sent:** Monday, March 2, 2026 4:32 PM
**To:** Jessica <jessica@blackstonetrial.com>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Aaron Maples <aaron@maplesconnick.com>; Katie <Katie@blackstonetrial.com>
**Subject:** RE: Murrill v. Burch - Re: Nurse Practitioner Katie's Responsive Pleading

Hey there, Jessica. Sorry for the delay. The day got away from me a little bit. Please see the attached joint motion. I think it makes more sense to do it this

way since we're also asking for Ms. Holder's extension. Let me know if I can add your signature.

**Sam A. Harton**
Senior Attorney



**www.rblaw.net**

**e:** sharton@rblaw.net
**m:** (706) 728-5150
**p:** (312) 253-8590
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60622

   

**Please note that I am sending this email during my work hours, which may not be the same as yours. Please understand that the timestamp of this email does not reflect its urgency.**

*Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

**From:** Jessica <jessica@blackstonetrial.com>
**Sent:** Monday, March 2, 2026 9:22 AM
**To:** Sam Harton <sharton@rblaw.net>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Aaron Maples <aaron@maplesconnick.com>; Katie <Katie@blackstonetrial.com>
**Subject:** RE: Murrill v. Burch - Re: Nurse Practitioner Katie's Responsive Pleading

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hi Sam,

I'm fine with that plan. Your welcome to send me a draft motion but I do not intend to oppose it either way.

Thanks,



**Jessica Hornbuckle | Trial Attorney**
Correctional Healthcare Litigation
Phone: (659) 241-4619
Cell:     (334) 328-5652
Email:   jessica@blackstonetrial.com
Web:      https://blackstonetrial.com

1200 Corporate Dr., Suite 425,
Birmingham, AL 35242

**From:** Sam Harton <sharton@rblaw.net>
**Sent:** Monday, March 2, 2026 9:20 AM
**To:** Jessica <jessica@blackstonetrial.com>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Aaron Maples <aaron@maplesconnick.com>; Katie <Katie@blackstonetrial.com>
**Subject:** RE: Murrill v. Burch - Re: Nurse Practitioner Katie's Responsive Pleading

Hey Jessica,

We were going to file our motion to extend today anyways. Here's what I would propose: Plaintiff files a (presumably unopposed) motion for extension/to set a briefing schedule so that we file an omnibus response to all motions to dismiss that will be due 14 days after Ms. Holder files her motion. We would explain to the Court in the motion for extension that Ms. Holder's MTD will contain substantial similarities to the NaphCare MTD, and it's in the interest of judicial efficiency to just brief them all in one go.

Let me know if you oppose that plan.

Sincerely,

**Sam A. Harton**
Senior Attorney



**e:** sharton@rblaw.net
**m:** (706) 728-5150
**p:** (312) 253-8590
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60622

**www.rblaw.net**

  

**Please note that I am sending this email during my work hours, which may not be the same as yours. Please understand that the timestamp of this email does not reflect its urgency.**

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

**From:** Jessica <jessica@blackstonetrial.com>
**Sent:** Monday, March 2, 2026 9:02 AM
**To:** Sam Harton <sharton@rblaw.net>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Aaron Maples <aaron@maplesconnick.com>; Katie <Katie@blackstonetrial.com>
**Subject:** RE: Murrill v. Burch - Re: Nurse Practitioner Katie's Responsive Pleading

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Good morning,

Yes, it would be similar to the motion filed by NaphCare. What do you propose as far as lining it up? It appears your Opposition is due by March 11, 2026, and a Reply is due by 3/23/26 unless you file a stipulation to seek relief from the Court, which I would not oppose.

Thanks,



**Jessica Hornbuckle | Trial Attorney**
Correctional Healthcare Litigation
Phone: (659) 241-4619
Cell:     (334) 328-5652
Email:   jessica@blackstonetrial.com
Web:     https://blackstonetrial.com

1200 Corporate Dr., Suite 425,
Birmingham, AL 35242

**From:** Sam Harton <sharton@rblaw.net>
**Sent:** Sunday, March 1, 2026 9:10 PM
**To:** Jessica <jessica@blackstonetrial.com>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Aaron Maples <aaron@maplesconnick.com>; Katie <Katie@blackstonetrial.com>
**Subject:** RE: Murrill v. Burch - Re: Nurse Practitioner Katie's Responsive Pleading

Hi there,

We would not oppose the extension. Will you be filing an answer or a motion? If the latter, it would make sense to line up the briefing schedule with NaphCare's motion.

**Sam A. Harton**
Senior Attorney



**e:** sharton@rblaw.net
**m:** (706) 728-5150
**p:** (312) 253-8590
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60622

**www.rblaw.net**



**Please note that I am sending this email during my work hours, which may not be the same as yours. Please understand that the timestamp of this email does not reflect its urgency.**

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

**From:** Jessica <jessica@blackstonetrial.com>
**Sent:** Friday, February 27, 2026 1:00 PM
**To:** Sam Harton <sharton@rblaw.net>
**Cc:** Stephen Weil <SWeil@rblaw.net>; Aaron Maples <aaron@maplesconnick.com>; Katie <Katie@blackstonetrial.com>
**Subject:** Murrill v. Burch - Re: Nurse Practitioner Katie's Responsive Pleading

Some people who received this message don't often get email from jessica@blackstonetrial.com. Learn why this is important

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Good afternoon Sam,

I hope you are on the mend. I've just learned that Nurse Holder (formerly Erickson) was served last Saturday. Would you be amenable to a two week extension on her responsive pleading deadline, which would be due March 30, 2026?

Thanks,



**Jessica Hornbuckle | Trial Attorney**
Correctional Healthcare Litigation
Phone: (659) 241-4619
Cell:    (334) 328-5652
Email:   jessica@blackstonetrial.com
Web:     https://blackstonetrial.com

1200 Corporate Dr., Suite 425,
Birmingham, AL 35242