Exhibit C

 Outlook

## RE: Murrill v. Naphcare et al - Motions to Dismiss

**From** Sam Harton <sharton@rblaw.net>

**Date** Fri 4/3/2026 1:35 PM

**To** Brie Zarzour <Brie.Zarzour@phelps.com>; Jessica Hornbuckle <jessica.Hornbuckle@blackstonetrial.com>; Ross Dockins <Ross.Dockins@phelps.com>

**Cc** Aaron Maples <aaron@maplesconnick.com>; tog@helmsinglaw.com <tog@helmsinglaw.com>; garrett.zoghby@arlaw.com <garrett.zoghby@arlaw.com>; wkm@helmsinglaw.com <wkm@helmsinglaw.com>; jay.ross@arlaw.com <jay.ross@arlaw.com>; ava.ringhoffer@arlaw.com <ava.ringhoffer@arlaw.com>

Thank you both for the prompt response. Unfortunately, we cannot agree to staying discovery until we have a ruling on a motion to dismiss. We'll file an opposed motion. If it is granted, we're happy to discuss a joint motion for an extension on the planning meeting that correlates with the briefing schedule.

**Sam A. Harton**
Senior Attorney



**www.rblaw.net**

**e:** sharton@rblaw.net
**m:** (706) 728-5150
**p:** (312) 253-8590
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60622



**Please note that I am sending this email during my work hours, which may not be the same as yours. Please understand that the timestamp of this email does not reflect its urgency.**

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.

**From:** Brie Zarzour <Brie.Zarzour@phelps.com>
**Sent:** Friday, April 3, 2026 1:29 PM
**To:** Jessica Hornbuckle <jessica.Hornbuckle@blackstonetrial.com>; Sam Harton <sharton@rblaw.net>; Ross Dockins <Ross.Dockins@phelps.com>
**Cc:** Aaron Maples <aaron@maplesconnick.com>; tog@helmsinglaw.com; garrett.zoghby@arlaw.com; wkm@helmsinglaw.com; jay.ross@arlaw.com; ava.ringhoffer@arlaw.com
**Subject:** RE: Murrill v. Naphcare et al - Motions to Dismiss

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Sam –

On behalf of Katie Erickson, we are in agreement with NaphCare's position and proposal. Please let us know if you are agreeable to that proposal.

Kind regards,
Brie

**Breanne S. Zarzour**
Phelps Dunbar LLP
101 Dauphin Street, Suite 1000
Mobile, AL 36602
Direct: 251-441-8210
Fax: 251-433-1820
Email: brie.zarzour@phelps.com



CONFIDENTIALITY NOTICE - This e-mail message, including any attachments, is private communication sent by a law firm, Phelps Dunbar LLP, and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, any use, distribution, or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message, then delete the e-mail and any attachments from your system. Thank you.

**From:** Jessica Hornbuckle <jessica.Hornbuckle@blackstonetrial.com>
**Sent:** Friday, April 3, 2026 1:24 PM
**To:** Sam Harton <sharton@rblaw.net>; Brie Zarzour <Brie.Zarzour@phelps.com>; Ross Dockins <Ross.Dockins@phelps.com>
**Cc:** Aaron Maples <aaron@maplesconnick.com>; tog@helmsinglaw.com; garrett.zoghby@arlaw.com; wkm@helmsinglaw.com; jay.ross@arlaw.com; ava.ringhoffer@arlaw.com
**Subject:** RE: Murrill v. Naphcare et al - Motions to Dismiss

Hi Sam,

Given that this would be the second extension for responding to NaphCare's brief I would ask that in exchange you agree to not engage in discovery until we have a ruling on the motion. On that basis I would also request you seek an extension of the parties' planning meeting to also

push the initial disclosure deadline and seek a specific ruling from the Court that the PPM take place 14 days post-ruling.

Please let me know if you agree to the foregoing.

Best,



**Jessica Hornbuckle | Trial Attorney**
Correctional Healthcare Litigation
Phone: (659) 241-4619
Cell:     (334) 328-5652
Email:   jessica@blackstonetrial.com
Web:     https://blackstonetrial.com

1200 Corporate Dr., Suite 425, Birmingham, AL 35242

---

**From:** Sam Harton <sharton@rblaw.net>
**Sent:** Friday, April 3, 2026 12:35 PM
**To:** Brie.Zarzour@Phelps.com; ross.dockins@phelps.com; Jessica Hornbuckle <jessica.Hornbuckle@blackstonetrial.com>
**Cc:** Aaron Maples <aaron@maplesconnick.com>; tog@helmsinglaw.com; garrett.zoghby@arlaw.com; wkm@helmsinglaw.com; jay.ross@arlaw.com; ava.ringhoffer@arlaw.com
**Subject:** Murrill v. Naphcare et al - Motions to Dismiss

Good afternoon, Counsel,

Plaintiff's response to Defendants Naphcare and Erickson's motions to dismiss is currently due April 13. I am currently preparing a three-week trial that appears very unlikely to resolve and is taking up most of my April. I am writing to see if you object to a 21-day extension of our response deadline to May 4. If you could let me know by the end of the day, it would be much appreciated.

Sincerely,

**Sam A. Harton**
Senior Attorney



**e:** sharton@rblaw.net
**m:** (706) 728-5150
**p:** (312) 253-8590
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60622

www.rblaw.net

   

**Please note that I am sending this email during my work hours, which may not be the same as yours. Please understand that the timestamp of this email does not reflect its urgency.**

 *Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 and/or by reply e-mail.