# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| TRACY MURRILL, | ) |
| As Personal Representative of | ) |
| Robert Vincent, deceased, | ) |
| ERICA MORRISON | ) |
| v. | ) Civ. Action No. 1:26-00017-KD-N |
| | ) |
| NAPHCARE, INC., | ) |
| et al. | ) |

## ORDER

This action is before the Court on the "Motion to Extend Time" filed on April 4, 2026 (Doc. 32).[1] Plaintiff seeks a 21 day extension to respond to the motions to dismiss filed by Defendants NaphCare, Inc., and Katie Erickson ("Defendants"). (Docs. 7 and 29, respectively). Defendants filed an objection in response to this request on April 8, 2026. (*See* Docs. 35, 36, 37).

Upon due consideration, Plaintiff's motion for an extension is **GRANTED**. An omnibus response to the motions to dismiss is due on or before **May 4, 2026**. Any alternative relief sought by Defendants is denied without prejudice. (*See* Docs. 35, 37).

**DONE** and **ORDERED** this the 10th Day of April 2026.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] The District Judge assigned to this case has referred this action to the undersigned Magistrate Judge for appropriate action pursuant to 28 U.S.C. § 636(b)(1). See S.D. Ala. GenLR 72. (4/06/2026 elec. ref.). The operative motion was filed to correct an inadvertent error from the same day. (*See* Doc. 31). Accordingly, Doc. 31 is terminated and superseded by Doc. 32.