**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION**

| | |
|---|---|
| TRACY MURRILL, AS PERSONAL REPRESENTATIVE OF ROBERT VINCENT LOCKE, DECEASED     Plaintiff, <br><br> v. <br><br> NAPHCARE, INC., MOBILE COUNTY, SHERIFF PAUL BURCH, KATIE ERICKSON ET AL. <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) **CASE NO.: 1:26-cv-00017-KD-N** ) ) ) ) ) ) ) |

**DEFENDANT NAPHCARE ALABAMA LLC'S MOTION TO STRIKE
PLAINTIFF'S FIRST AMENDED COMPLAINT**

COMES NOW NaphCare Alabama LLC ("NaphCare") and moves this Court to strike Plaintiff's First Amended Complaint (Doc. 40). As grounds, NaphCare states:

1.    On April 7, 2026, Plaintiff filed a Motion for Leave to Amend Complaint (Doc. 34) and a proposed First Amended Complaint (Doc. 34-1). NaphCare Alabama LLC filed its Opposition to the Motion for Leave on April 20, 2026.  (Doc. 39). The Motion for Leave and Opposition remain pending before the Court, and no ruling has been issued.

1

2.      On April 24, 2026, without awaiting the Court's ruling on the pending Motion for Leave and Opposition, Plaintiff filed a First Amended Complaint. (Doc. 40).  Plaintiff did not obtain leave of Court prior to filing, and NaphCare Alabama LLC has not consented to the amendment.

3.      *Federal Rule of Civil Procedure* 15(a)(2) provides that "[i]n all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).  Because Plaintiff's right to amend as a matter of course under Rule 15(a)(1) has long since expired, leave of Court or written consent was required.  Neither was obtained.

4.      An amended complaint filed without leave of Court or the opposing party's consent "is without legal effect and any new matter it contains will not be considered unless the amendment is resubmitted for the court's approval."  *RC Lodge, LLC v. SE Prop. Holdings, LLC*, 2012 U.S. Dist. LEXIS 98199, at \*20–21 (S.D. Ala. July 16, 2012) (quoting 6 Charles A. Wright, Arthur R. Miller & Mary K. Kane, Federal Practice and Procedure § 1484 (3rd ed. 2010)); *See also Hoover v. Blue Cross & Blue Shield of Ala.*, 855 F.2d 1538, 1544 (11th Cir. 1988) (acknowledging same rule). Courts in this district have consistently stricken improperly filed amended complaints under these circumstances. *E.g. Montgomery v. Looney*, 2025 U.S. Dist. LEXIS 148362, at \*3–5 (S.D. Ala. Aug. 1, 2025) (striking fourth amended complaint filed without leave or consent); *Harris v. Smith*,  2020

U.S. Dist. LEXIS 21112 at *3 (S.D. Ala. Feb. 5, 2020) (striking amended complaint filed without motion for leave).

5.     On April 27, 2026, counsel for NaphCare Alabama LLC contacted Plaintiff's counsel *via* email advising that the First Amended Complaint appeared to have been filed without leave of Court, and requested Plaintiff confirm she would withdraw the pleading before the close of business today. A true and correct copy of that email is attached hereto as Exhibit A. Plaintiff's counsel did not respond.

6.     Because Plaintiff filed the First Amended Complaint without obtaining leave of Court or written consent from NaphCare Alabama LLC, the pleading is a nullity and should be stricken. Plaintiff's Motion for Leave to Amend and NaphCare Alabama LLC's Opposition thereto are both properly pending before the Court and present the only appropriate vehicle through which the Court should consider and rule upon the proposed amendment.

## CONCLUSION

NaphCare Alabama LLC respectfully requests that this Court strike Plaintiff's First Amended Complaint as improperly filed and a nullity without legal effect pursuant to Federal Rule of Civil Procedure 15(a)(2).

Respectfully submitted,

*s/ Jessica A. Hornbuckle*
Jessica A. Hornbuckle (ASB-2464-E98L)
Blackstone Trial Group
1200 Corporate Dr., Suite 425

Birmingham, Alabama 35242
Telephone: (2659) 241-4619
E-mail: jessica@blackstonetrial.com
*Counsel for Defendant, NaphCare Alabama LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2026, I electronically filed the foregoing with the CM/ECF system, which will send electronic notification of such filing to the following:

Sam Harton
Romanucci and Blandin, LLC
321 N. Clark St.
Chicago, IL 60654
Email:sharton@rblaw.net

Aaron Maples
Maples, Connick & Brendel, LLC
411 St. Francis St., Ste. B
Mobile, AL 36602
Email: aaron@maplesconnick.com
*Attorneys for Plaintiff*

Breanne Zarzour
Ross Dockins
PHELPS DUNBAR LLP
P.O. Box 2727
Mobile, AL 36652
Email: Brie.Zarzour@phelps.com
Email: Ross.Dockins@phelps.com
*Attorneys for Katie Erikson*

*s/Jessica A. Hornbuckle*
Jessica A. Hornbuckle (ASB-2464-E98L)
OF COUNSEL

# EXHIBIT A

## Jessica Hornbuckle

| | |
|---|---|
| **From:** | Jessica Hornbuckle |
| **Sent:** | Monday, April 27, 2026 11:38 AM |
| **To:** | 'Sam Harton' |
| **Cc:** | Aaron Maples; 'Brie Zarzour'; Ross Dockins; tog@helmsinglaw.com; garrett.zoghby@arlaw.com; wkm@helmsinglaw.com; jay.ross@arlaw.com; ava.ringhoffer@arlaw.com; Rachel DeHora |
| **Subject:** | Murrill v. NaphCare et al. - Re: Amended Complaint Doc. 40 |
| **Attachments:** | Amended Complaint - Doc. 40 - 2024.4.24.pdf |

Hi Sam,

It appears you filed an Amended Complaint late Friday night, however I don't see the Court ruled on your Motion for Leave or the Opposition thereto. Am I missing something? If the Amendment was filed without leave (as it appears), I would kindly ask you to please confirm that you will withdraw the Amended Complaint and do so before end of business today. Otherwise, I will need to file something with the Court.

I look forward to hearing from you.

Thanks,



**Jessica Hornbuckle | Trial Attorney**
Correctional Healthcare Litigation
Phone: (659) 241-4619
Cell:    (334) 328-5652
Email:  jessica@blackstonetrial.com
Web:    https://blackstonetrial.com

1200 Corporate Dr., Suite 425, Birmingham, AL
35242