**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**MOBILE DIVISION**

| | |
|---|---|
| Tracy Murrill, as Personal Representative of Robert Vincent Locke, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>NaphCare, Inc., Mobile County, Sheriff Paul Burch, Katie Erickson, and John Does 1-10<br><br>Defendants. | 1:26-cv-00017-KD-N |

**MOTION TO EXTEND TIME TO FILE JOINT 26(f) REPORT**

Now comes the Plaintiff requesting an extension to file the a 26(f) report. The Court has ordered that the parties confer and file a 26(f) report by May 5, 2026. Due to conflicting schedules, the parties were unable to schedule a conference to discuss the 26(f) report until May 20. Accordingly, Plaintiff respectfully requests that the deadline to file a 26(f) report be extended to May 21. Such an extension would allow all parties to be present for a conference regarding any proposed scheduling order in this case.

/s/ Sam Harton

Romanucci and Blandin, LLC
Sam Harton (*pro hac vice*)
321 N. Clark St.
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: sharton@rblaw.net

1

Aaron Maples
Maples & Connick
733 Dante Street, Suite H
New Orleans, LA 70118
Tel: 504-269-3870
aaron@maplesconnick.com