**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

TRACY MURRILL, as Personal )
Representative of Robert Vincent )
Locke, deceased, )
       )
    Plaintiff, )            **CIVIL ACTION NO.**
     )             **1:26-cv-17-KD-N**
    v. )
     )
NAPHCARE ALABAMA LLC, *et al.* )
     )
    Defendants. )

**ORDER**

On June 16, 2026, Defendant NaphCare Alabama LLC ("NaphCare") filed its Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 59). That same day, Defendant Katie Erickson Holder filed her Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 63). These motions are pending before the undersigned Magistrate Judge.[1]

The following briefing schedule is established for each of these motions (Doc. 59 and Doc. 63):

1. Plaintiff must file and serve her brief in opposition to these motions no later than **JULY 10, 2026**. At Plaintiff's option, Plaintiff may file either one brief in response to both motions or two briefs addressing each motion separately.

2. Moving Defendants must file and serve their respective briefs in reply to Plaintiff's opposition, if any, no later than **JULY 20, 2026**, after which time

---

[1] These motions have been referred to the undersigned Magistrate Judge. See S.D. Ala. GenLR 72(a)(2)(S) & (b); 6/17/2026 reference notation on the docket sheet.

1

the subject motions to dismiss will be taken under submission by the Court.

3. Except as permitted by the Court's Local Rules, *e.g.*, S.D. Ala. CivLR 7(f)(3), no other briefs or filings addressing the subject motions to dismiss may be filed by any party without leave of court for good cause shown.

4. If the Court determines that oral argument would be beneficial, then a hearing will be set by a separate order. Absent such an order, the subject motions to dismiss will be taken under submission without oral argument. Fed. R. Civ. P. 78(b); S.D. Ala. CivLR 7(h). "Oral argument requests must contain specific reasons why oral argument would be helpful." S.D. Ala. CivLR 7(h).

5. All briefing must comply with the requirements of S.D. Ala. General Local Rule 5(a) and Civil Local Rule 7. However, courtesy copies of any briefs or exhibits are not required or desired unless specifically requested by the Court.

**DONE** and **ORDERED** this the 17th day of June 2026.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

2