**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TRACY MURRILL, as Personal** | * | |
| **Representative of Robert Vincent** | * | |
| **Locke, deceased,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CIVIL ACTION NO. 26-00017-KD-N** |
| | * | |
| **SHERIFF PAUL BURCH,** | * | |
| **et al.** | * | |
| | * | |
| **Defendants.** | * | |

**ORDER**

This action is before the Court on *sua sponte* review. On May 28, 2026, the Court granted Plaintiff Tracy Murrill's ("Plaintiff") motion for leave to amend the complaint. (Doc. 53). In that order, the Court explained that "Plaintiff has 90 days from the date on which the amended complaint is filed to serve the new Defendants with process." (Id. at 14). On June 2, 2026, Plaintiff filed a Second Amended Complaint, which added the following new Defendants: NaphCare LLC; NaphCare US TX LLC; and NaphCare Operating LLC. (Doc. 54).[1]

More than forty-five days have passed since the Second Amended Complaint was filed. To date, Plaintiff has not filed the Summons, Waivers or Proof of Service as to Defendants NaphCare LLC, NaphCare US TX, LLC and NaphCare Operating, LLC.[2] In this procedural posture Civil Local Rule 4(a)(3), sets out the following requirement:

> (3) Notice of Service Attempt. If within forty-five (45) days after the filing
> of the Complaint, Plaintiff has neither completed service by summons nor
> received a waiver of service, Plaintiff shall file a notice describing the action
> taken by Plaintiff to complete service and the results of those efforts.

S.D. Ala. Civ. L.R. 4(a)(3).

---

[1] NaphCare Alabama LLC was added in the Second Amended Complaint, but counsel for NaphCare Alabama LLC has already made an appearance in this action and responded to the Second Amended Complaint.

[2] See S.D. Ala. Civ. LR 4(a)(1) ("Service by Summons. If service is completed by summons, the party or person making service shall file proof thereof within seven (7) days of the date of service.").

1

2

Accordingly, **Plaintiff shall**, **on or before July 27, 2026,** file a Notice of Service Attempt and describe the action taken "to complete service and the results of those efforts" or, if service has been completed, file the Proofs of Service.

**DONE** and **ORDERED** this **20th day of July 2026.**

/s/Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**