UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Tracy Murrill, as Personal Rep of    \*
Robert Vincent Locke, deceased       \*
                                     \*
                      Plaintiff,     \*
                                     \*
vs.                                  \*    Case No.  1:26-cv-00017
                                     \*
NaphCare, Inc., Mobile County, Sheriff  \*
Paul Burch, Katie Erickson, and Johns  \*
                                     \*
                     Defendant.      \*

MOTION AND APPLICATION FOR ADMISSION PRO HAC VICE

The undersigned attorney hereby applies for admission *pro hac vice* before the United States District Court for the Southern District of Alabama in the above-styled action and submits the following.[1]

1.    Party/Parties for whom you are requesting to appear:

Tracy Murrill, as Personal Representative of Robert Vincent Locke, deceased

2.    State:

(a) Full name: Paul M. McMahon

(b) Present business address: 321 N Clark Street, STE 900

(c) Office telephone number and email: 312-253-8810 pmcmahon@rblaw.net

(d) Name of your firm, company or agency: Romanucci & Blandin, LLC

3.    State the law school(s) you have attended, specifying the dates and the degrees(s) you have received: Northern Illinois University College of Law, 1992, Juris Doctor

4.    (a) Are you a member in good standing of the bar of the Supreme Court of Alabama? No

(b) If so, state the month and year you were admitted: _____

(c) Are you a member in good standing of the bar of any other state's highest court? Yes

(d) If so, name the state(s) and the month and year you were admitted: _____
Illinois, November, 1992

5.    Name the federal courts, if any, to which you are presently admitted to practice, and are in good standing: Northern District Court of Illinois &

Central District Court of Illinois

6.    Are you regularly engaged in the practice of law in the State of Alabama? No

---

[1] Attach additional pages as needed for complete responses.

7.   (a) Have you ever sought admission to practice before any federal or state appellate or trial court and been refused admission, either on a temporary or permanent basis? No _____

(b) If so, describe fully the circumstances: N/A _____

_____

8.   (a) Do you presently have pending against you any disciplinary charges by any court or bar association? No _____

(b) If so, describe fully the circumstances: N/A _____

_____

9.   (a) Have you ever been cited for contempt by any federal or state court? No _____

(b) If so, describe fully the circumstances: _____

10.  (a) Have you ever been disbarred or suspended from practice or in any other way disciplined in any federal or state appellate or trial court? No _____

(b) If so, describe fully the circumstances: N/A _____

_____

11.  Do you understand the Code of Professional Responsibility of the Alabama State Bar, as amended to date, and do you agree to abide by it in this Court? Yes _____

12.  Do you agree to read and abide by the Local Rules of the United States District Court for the Southern District of Alabama, the Standing Orders of this Court, and the Administrative Procedure for Electronic Filing, and to become familiar with all of them prior to making any filings or appearance before this Court? Yes _____

(The Standing Orders of this Court and Administrative Procedure for Electronic Filing are available for your review in the Clerk's Office or on the web at (www.alsd.uscourts.gov/.)

13.  I declare under penalty of perjury that the foregoing is true and correct.

Paul M. McMahon
**Applicant Name**

Date: 7/31/2026 _____

**Oath of Admission:**

I do solemnly swear (or affirm) that I will demean myself as an attorney, according to the best of my learning and ability, and with all good fidelity, as well to the court as to the client; that I will use no falsehood or delay any person's cause for lucre or malice, and that I will support the Constitution of the State of Alabama and of the United States, so long as I continue a citizen thereof, so help me God.

**Signature of Attorney**