**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TRACY MURRILL,**<br>***as Personal Representative of***<br>**Robert Vincent Locke, *deceased*,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 26-00017-KD-N** |
| **NAPHCARE ALABAMA, LLC, *et al.*,** | ) | |
| **Defendants.** | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated October 28, 2026 (Doc. 84)—entered under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. Gen. L.R. 72(a)—is **ADOPTED** as the opinion of this Court.

Accordingly, the motions to dismiss the Second Amended Complaint under Federal Rule of Civil Procedure 12(b)(6) (Docs. 59, 63, 77) are **DENIED**. The movant Defendants shall file their answers to the Second Amended Complaint within the time period set by Federal Rule of Civil Procedure 12(a)(4)(A).

**DONE** and **ORDERED** this the **17th** day of **November 2026**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**